**Bowman and Brooke** LLP

*Attorneys at Law*

317 George Street, Suite 320
New Brunswick, NJ 08901
Phone: 201.577.5175
Fax: 804.649.1762

Erica Mekles
Direct: 1.201.577.5196
Email: erica.mekles@bowmanandbrooke.com

Conference adjourned from 6/27/22 to
7/29/22 at 11 a.m.
SO ORDERED.
6/24/2022

*P. Kevin Castel*

P. Kevin Castel
United States District Judge

June 24, 2022

**VIA ECF AND E-MAIL**

Hon. P. Kevin Castel
United States Courthouse Courtroom 11D
500 Pearl St.
New York, NY 10007

**Re:    Civil Action No.  1:22-CV-2134-PKC**
       *Charles M. Agro v. Exactech, Inc., et al.*

Dear Judge Castel:

Please allow this letter to serve as a joint formal request from the Parties that the Court continue the date of the Initial Pretrial Conference, currently scheduled for Monday, June 27, 2022, for the reasons set forth below.

Plaintiff filed his Complaint and Jury Demand on March 15, 2022 (Doc. 1).  On May 13, 2022, the Court ordered that the Initial Pretrial Conference be adjourned until June 27, 2022, at 11:30 a.m. (Doc. 10). A Waiver of the Service of Summons dated May 24, 2022 was filed with the Court (*See* Exhibit 1, attached hereto).  Exactech has not yet filed its response.

On June 14, 2022, Plaintiffs in pending matters against Exactech filed a Motion to Transfer before the United States Judicial Panel on Multidistrict Litigation, MDL No. 3044 (Doc. 1) seeking coordinated and consolidated pretrial proceedings for federal district cases, including this matter (*See* Exhibit 2, attached hereto).  The MDL also set a briefing schedule (MDL No. 3044, Doc. 3).

Due to the motion to transfer and various deadlines set forth in the MDL briefing schedule, the Parties respectfully request that the Court enter an order continuing the Initial Pretrial Conference to allow the parties to meet and confer and/or resolve this case by way of the MDL.

We thank this Honorable Court for its attention in this regard.

Hon. P. Kevin Castel
June 24, 2022
Page 2


Respectfully submitted,


MARC J. BERN & PARTNERS LLP                BOWMAN AND BROOKE LLP

*/s/ Armand J. Magardician*                */s/ Erica S. Mekles*
Armand J. Magardician, Esq.                Erica Mekles, Esq.
Attorneys for Plaintiff                    Attorneys for Defendant